UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEON EUGENE MORRIS,

    Plaintiff,

    v.

D. A. TRAVIS, et al.,

    Defendants.

Case No. 10-cv-04010-WHO (PR)

**ORDER EXTENDING TIME**

    Defendants' motion to extend time to file a dispositive motion (Docket No. 37) is GRANTED.  A dispositive motion, or notice regarding such motion, shall be filed on or before March 23, 2015.

    The Clerk shall terminate Docket No. 37.

    **IT IS SO ORDERED.**

**Dated:** January 26, 2015

WILLIAM H. ORRICK
United States District Judge