UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON EUGENE MORRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>R. PASTOR, et al.,<br><br>    Defendants. | Case No. 10-cv-04010-WHO (PR)<br><br>**ORDER EXTENDING TIME;**<br><br>**ORDER DENYING SECOND MOTION TO DISQUALIFY**<br><br>Dkt. No. 44 |

Plaintiff Leon Morris's motion to extend time to file an opposition to defendants' motion to dismiss (Docket No. 44) is GRANTED. Morris asks for 120 additional days, over the 45 days he was given in the Order of Service. The Court will grant him an additional 60. This will give Morris a total of 105 days to file an opposition, which should be more than sufficient. It is highly unlikely that further time will be necessary or that further requests for extensions will be granted.

**Morris shall file his opposition on or before July 6, 2015.**

Morris's second motion to disqualify me (Docket No. 32) is DENIED. The Court addressed all these contentions in the order denying his first motion to disqualify (Docket No. 29). Morris provides no reason for the Court to reconsider or amend its prior ruling.

The Clerk shall terminate Docket No. 44.

**IT IS SO ORDERED.**

**Dated:** May 4, 2015

WILLIAM H. ORRICK
United States District Judge